UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Dawn Gray, | : |
| | : Civil Action No.: 4:14-cv-00188-Y |
| Plaintiff, | : |
| v. | : |
| Conn Appliances, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Dawn Gray | Conn Appliances, Inc. |
|---|---|
| /s/ Jody B. Burton | /s/ Collin G. Warren |
| Jody B. Burton | Collin G. Warren, Esq. |
| Bar No. 71681 | Pamela D Williams, Esq. |
| LEMBERG LAW, L.L.C. | Adams and Reese, LLP |
| 1100 Summer Street, 3rd Floor | LyondellBasell Tower |
| Stamford, CT 06905 | 1221 McKinney Street, Suite 4400 |
| Telephone: (203) 653-2250 | Houston, Texas 770010 |
| Facsimile: (203) 653-3424 | (713) 652-5151 |
| Attorney for Plaintiff | Attorneys for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                    By /s/ Jody B. Burton_____
                                                      Jody B. Burton