IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAWN GRAY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-188-Y |
| | § | |
| CONN APPLIANCES, INC. | § | |

## FINAL JUDGMENT

Pursuant to the parties' stipulation of dismissal (doc. 17) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Plaintiff's claims against Defendant are hereby DISMISSED WITH PREJUDICE. Costs of court under 28 U.S.C. § 1920 shall be borne as a agreed by the parties, or, if no agreement has been reached, by the party incurring same.

SIGNED September 11, 2014.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj